UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PAULA M. WALLER,           ) | |
|                            ) | |
|     Plaintiff,   ) | |
|                            ) | |
|     v.           ) | 4:10-cv-136-WGH-TWP |
|                            ) | |
| WAL-MART TRANSPORTATION,   ) | |
| LLC and DAVID M. CLEMENTS, ) | |
|                            ) | |
|     Defendants.  ) | |

## ORDER ON MOTION TO EXCLUDE EVIDENCE OF THE DAMAGE, OR LACK THEREOF, TO THE VEHICLES INVOLVED IN THE WRECK

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Plaintiff's Motion to Exclude Evidence of the Damage, or Lack Thereof, to the Vehicles Involved in the Wreck filed on June 20, 2012. (Docket No. 31). Defendants' Brief in Opposition was filed on June 28, 2012. (Docket No. 33). No reply brief has been filed.

The Magistrate Judge, being duly advised, hereby **DENIES** the motion.

As specified in Defendants' Brief In Opposition, the overwhelming weight of authority, including case law in Indiana, holds that evidence showing minimal or no damage to accident vehicles is relevant and probative to the question of physical harm allegedly caused to the plaintiff. *See, specifically, Flores v. Gutierrez*, 951 N.E.2d 632, 638 (Ind.App., 2011). The Magistrate Judge concludes that the probative value of the photographs is not substantially

outweighed by the danger of unfair prejudice.  As the court has held in *Flores*, the nature and extent of the aggravation of a plaintiff's pre-existing back problem is not a matter purely within the medical realm requiring only expert testimony.  The jury will be allowed to determine in this case whether the Plaintiff's subjective complaints of fact are credible based upon fact testimony, the Plaintiff's own description, the expert opinions of physicians, physical evidence, and their own everyday experiences and common sense.  The weight to be afforded to these photographs and other testimony remains with the jurors.

Therefore, the Motion to Exclude Evidence is **DENIED.**

**SO ORDERED** the 16th day of October, 2012.

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Christopher M. Barry
CRAIG KELLEY & FAULTLESS
cbarry@ckflaw.com

David W. Craig
CRAIG KELLEY & FAULTLESS
dcraig@ckflaw.com

Scott Anthony Faultless
CRAIG KELLEY & FAULTLESS
sfaultless@ckflaw.com

Renea Elaine Hooper
SCOPELITIS GARVIN LIGHT
   HANSON & FEARY PC
rhooper@scopelitis.com

Michael Brian Langford
SCOPELITIS GARVIN LIGHT
   & HANSON
mlangford@scopelitis.com